WAUHOPE LYNN, Respondent, *v.* EZRA D. BUSHNELL et al., Defendants, and THE CITY OF NEW YORK et al., Appellants.

Reported below, 170 App. Div. ——.
(Submitted November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to register title to land.

The motion was made upon the ground that the exceptions presented no question which could be reviewed by the Court of Appeals.

*Gilbert Ray Hawes* for motion.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *William E. C. Mayer* of counsel), opposed.

Motion denied, with ten dollars costs.